**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CIVIL ACTION NO. 4:14-CV-12-M**

**WILLIAM J. WEATHERHOLT and GAYLA J. WEATHERHOLT** — **PLAINTIFFS**

**v.**

**COMMUNITY UNITED METHODIST HOSPITAL INC. d/b/a METHODIST HOSPITAL and ACCELECARE WOUND CENTERS INC.** — **DEFENDANTS**

---

## AGREED ORDER OF DISMISSAL

---

Upon agreement of Plaintiffs William J. Weatherholt and Gayla J. Weatherholt, and Defendants Community United Methodist Hospital Inc., d/b/a Methodist Hospital, and Accelecare Wound Centers Inc. to a settlement of Plaintiffs' claims in the above-styled action, and the Court having reviewed the record herein and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims of Plaintiffs William J. Weatherholt and Gayla J. Weatherholt against Defendants Methodist Hospital and Accelecare Wound Centers Inc., including all claims which were brought or which could have been brought by Plaintiffs William J. Weatherholt and Gayla J. Weatherholt, be and hereby are dismissed with prejudice.

This is a final and appealable Order, there being no just cause for delay. Each party shall bear his or her own costs and attorney fees.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

August 14, 2015

**HAVE SEEN AND AGREED:**

__Charles E. Moore *(w/permission)*___
Charles E. Moore
*Counsel for Plaintiffs*

__H. Randall Redding______________
H. Randall Redding
*Counsel for Defendant Methodist Hospital*

__Lucas Davidson *(w/permission*_____
Lucas Davidson
*Counsel for Defendant Accelecare Wound Centers Inc.*